IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Larry Morrison, | ) | C/A No. 4:13-00400-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Equifax; Transunion; Experian | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Larry Morrison ("Plaintiff"), proceeding *pro se*, filed a complaint alleging the defendants violated his constitutional and statutory rights. Plaintiff, however, did not pay the filing fee or file a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. By order dated April 5, 2013, Plaintiff was informed of the deficiency and was provided the opportunity to bring the case into proper form within a set time by paying the fee or filing a motion to proceed without prepayment under 28 U.S.C. § 1915. Plaintiff was warned that failure to provide the necessary information within the timetable set in the order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response lapsed on April 29, 2013. The case cannot proceed without payment of the filing fee or a motion for *in forma pauperis* status. Plaintiff failed to prosecute his case and failed to respond to an order of this Court.

**It is ordered that this case is dismissed, *without prejudice*,** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

/s/ Mary G. Lewis
United States District Judge

May 15, 2013
Spartanburg, South Carolina